**CONTINENTAL CASUALTY COMPANY**

v.

**WESTINGHOUSE ELECTRIC COR-PORATION.**

No. 6984.

United States Court of Appeals
Tenth Circuit.

July 11, 1962.

Albert R. Kool, Albuquerque, N. M., and John A. Biersmith, Jr., Kansas City, Mo., for appellant.

Trammell E. Vickery, Atlanta, Ga., and Harold O. Waggoner, Albuquerque, N. M., for appellee.

Before MURRAH, Chief Judge, and LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to stipulation.

**Joseph BAKER, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 17835.

United States Court of Appeals
Ninth Circuit.

Aug. 21, 1962.

Joseph Baker, in pro. per., for appellant.

Brockman Adams, U. S. Atty., and David J. Dorsey, Asst. U. S. Atty., Seattle, Wash., for appellee.

Before CHAMBERS, HAMLEY and MERRILL, Circuit Judges.

PER CURIAM.

The order of the district court on the motion herein under 28 U.S.C. § 2255 is affirmed upon the authority of Sanders v. United States, 9 Cir., 297 F.2d 735.

In view of the fact that certiorari has been granted in Sanders, 370 U.S. 936, 82 S.Ct. 1592, appellant may file a petition for rehearing within 30 days after the decision is announced by the Supreme Court in Sanders or not later than 150 days from date, whichever date occurs first.

Appellant may later apply for a further extension of time to file a petition for rehearing.

**Antonia SENTNER**

v.

**IMMIGRATION & NATURALIZATION SERVICE.**

No. 17044.

United States Court of Appeals
Eighth Circuit.

Aug. 27, 1962.

Sydney L. Berger, Evansville, Ind., for petitioner.

D. Jeff Lance, U. S. Atty., for respondent.

PER CURIAM.

Petition to review order of deportation dismissed on motion of petitioner.